# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**TORRENCE RAY BANKS**                                                         **PETITIONER**
Reg. #76648-011

VS.                      CASE NO. 2:10CV00060 JMM/BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                          **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's petition for writ of habeas corpus (#2) is DISMISSED WITH PREJUDICE. Petitioner's motion for judgment (#19) is DENIED.

IT IS SO ORDERED, this   14   day of   December   2010.


                                                            _____
                                                            UNITED STATES DISTRICT JUDGE