## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**TORRENCE RAY BANKS**                                                                        **PETITIONER**
**Reg. #76648-011**

**VS.**                  **CASE NO. 2:10CV00060 JMM/BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                     **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED, this  14  day of  December , 2010.


_____
UNITED STATES DISTRICT JUDGE